WILLIAM AVEDON v. GEM DRESS HOUSE, INC.— Motion denied, with

ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Smith and Greenbaum, JJ.